IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01291-MEH

DANIEL KNOEPFLE and,
GAIL KNOEPFLE

    Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE INSURANCE CO., a foreign corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 16, 2014.**

    In light of Plaintiffs' Amended Motion to Remand for Lack of Subject Matter Jurisdiction [filed June 12, 2014; docket #14], Plaintiffs' Motion to Remand for Lack of Subject Matter Jurisdiction [filed June 6, 2014; docket #13] is **denied as moot**.